## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - CHANGE OF PLEA**

| | | | |
|---|---|---|---|
| Case No. | CR 22-442-GW | Date | December 8, 2022 |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
| Interpreter | NONE |

| Javier Gonzalez | Terri A. Hourigan | Danny Weiner |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Victor Anthony Olivera Hernandez | ✔ | ✔ | | Gabriela Rivera, DFPD; Claire M. Kennedy, DFPD | ✔ | ✔ | |

**Proceedings:**   **CHANGE OF PLEA**

Defendant moves to Change plea to Count One of the Indictment.

Defendant enters a new and different plea of Guilty to Count One of the Indictment.

The Court questions the Defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered.

The Court refers the Defendant to the Probation Office for an investigation and report and continues the matter to April 17, 2023 at 8:00 a.m. for sentencing.

Parties are to submit their sentencing positions by no later than April 10, 2023.

The Court vacates the Court and/or Jury Trial date.

|   |   : | 25 |
|---|---|---|
| | Initials of Deputy Clerk | JG |